IN THE SUPREME COURT OF THE STATE OF NEVADA

RADE Q. ZONE,
                    Appellant,
            vs.
FREMONT STREET EXPERIENCE
LLC; AND CITY OF LAS VEGAS,
                    Respondents.

No. 79687

**FILED**

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Review of the notice of appeal, docketing statement, and documents before this court reveals a jurisdictional defect. It does not appear that the district court has entered a final judgment appealable under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). The challenged order grants summary judgment in favor of respondent Fremont Street Experience, LLC. But no order appears to resolve appellant's claims against respondent City of Las Vegas. Accordingly, these claims appear to remain pending in the district court. As no other statute or court rule allows an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345,

19-43205

301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Adriana Escobar, District Judge
Rade Q. Zone
Las Vegas City Attorney
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk

---

[1]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment resolving all claims in the underlying action.